251 F.2d 846
 Jack E. DUNCAN, Appellant,
v.
B. J. RHAY, Superintendent of Washington State Penitentiary
at Walla Walla, Washington, Appellee.
 No. 15743.
 United States Court of Appeals Ninth Circuit.
 Feb. 4, 1958.
 
 Jack E. Duncan, in pro. per.
 John J. O'Connell, Atty. Gen., Michael R. Alfieri, Franklin K. Thorp, Asst. Attys. Gen., for appellee.
 Before HEALY, FEE and BARNES, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment below denying appellant's petition for the writ of habeas corpus is affirmed.